IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Steven Frank McPherson, ) No. CV 14-2120-TUC-JAS (BGM)
)
Petitioner, ) **ORDER**
)
vs. )
)
)
Charles L. Ryan, et al., )
)
Respondents. )
)

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Macdonald that recommends denying Petitioner's habeas petition filed pursuant to 28 U.S.C. §2254.[1] The Court has reviewed the record and pertinent authority. Petitioner's objections do not undermine the analysis and proper conclusion reached by Magistrate Judge Macdonald, and Petitioner's objections are rejected. Magistrate Judge Macdonald's recommendations are adopted.[2]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Report and Recommendation (Doc. 27) is accepted and adopted.

(2) Petitioner's §2254 habeas petition is denied and this case is dismissed with prejudice.

(3) The Clerk of the Court shall enter judgment and close the file in this case.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

[2] *See id.*

(4) To the extent there may be post-judgment motions (such as a motion for a certificate of appealability), this case is referred back to Magistrate Judge Macdonald for any further proceedings.

DATED this 27th day of February, 2018.

James A. Soto
United States District Judge