**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Frank McPherson, | No. CV-14-02120-TUC-JAS (BGM) |
| Petitioner, | |
| v. | **ORDER** |
| Charles L. Ryan, *et al.*, | |
| Respondents. | |

On August 14, 2017, this Court issued its Report and Recommendation (Doc. 27) denying Petitioner Steven Frank McPherson's Verified Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty). The Honorable James A. Soto issued his Order (Doc. 34) adopting the Report and Recommendation, and dismissing the matter with prejudice. On March 28, 2018, Petitioner filed a Motion to Amend Order of Withdrawal and for a Certificate of Appealability (Doc. 38), as well as a Notice of Appeal to the Ninth Circuit Court of Appeals (Doc. 39). On April 10, 2018, the Ninth Circuit Court of Appeal remanded the matter "for the limited purpose of granting or denying a certificate of appealability[.]" Ninth Cir. Ct. App. Case No. 18-15530, Order 3/29/2018 (Doc. 40).

Having reviewed the Court's August 14, 2017 Report and Recommendation (Doc. 27), IT IS HEREBY ORDERED that a certificate of appealability is DENIED, because reasonable jurists would not find the Court's ruling debatable. *See* 28 U.S.C. § 2253.

IT IS FURTHER ORDERED that Petitioner's Motion to Amend Order of Withdrawal and for a Certificate of Appealability (Doc. 38) is GRANTED in part and DENIED in part. The motion is granted to permit counsel to file a Notice of Appeal, and the motion to amend, but is denied in all other respects. As previously ordered, Ms. Conn is otherwise relieved of her duties for the legal representation of Petitioner Steven Frank McPherson. *See* Order 3/5/2018 (Doc. 37).

Dated this 23rd day of April, 2018.

Honorable Bruce G. Macdonald
United States Magistrate Judge